# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOGANG PAN, et al.,<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br>et al.,<br>　　　Defendants. | 2:23-cv-7685-DSF-ASx<br><br>Order to Show Cause re<br>Dismissal for Lack of Prosecution |

　　　This case was filed on September 22, 2023.  While Plaintiffs purport to have served the complaint and summons on Defendants, Plaintiffs have only provided proof that they served the relevant agency.  They have not provided proof that they served the United States as described in Federal Rule of Civil Procedure 4(i).  Therefore, Plaintiffs are ordered to show cause, in writing, no later than June 17, 2024, why this case should not be dismissed for lack of prosecution.

　　　IT IS SO ORDERED.

Date: June 3, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge